UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 14 C 3305 |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | Judge Leinenweber |
| SECURITY – IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT ) | |
| ) | |
| Defendant. ) | |

## **WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that Assistant United States Attorney Abigail L. Peluso is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Prashant Kolluri
PRASHANT KOLLURI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9085
prashant.kolluri@usdoj.gov