EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 14 C 3305 |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | Judge Leinenweber |
| HOMELAND SECURITY – | ) | |
| IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JACQUELINE STEVENS, Ph.D

I, Jacqueline Stevens, hereby declare:

1. ICE has notified me through counsel that it intends to withhold all facility Staffing Plans responsive to the FOIA request at issue in my second claim for relief, 2014FOIA802, purportedly under the authority of 41 U.S.C. § 4702.

2. A true and accurate copy of pages containing information regarding contractor staffing plans in ICE's Request for Proposal for contractor operations at its Florence Service Processing Center, obtained through a prior FOIA request, is attached hereto as Exhibit C.

3. A true and accurate copy of pages containing information regarding contractor staffing plans in ICE's Request for Proposal for contractor operations at its El Centro facility, obtained through a prior FOIA request, is attached hereto as Exhibit D.

4. A true and accurate copy of pages from a fully executed contract between ICE and the Corrections Corporation of America to operate ICE's Houston CDF, obtained through a FOIA request, is attached hereto as Exhibit E.

5. A true and accurate copy of a prior contractor-supplied Staffing Plan for ICE's El Centro facility, obtained through a previous FOIA request, is attached hereto as Exhibit F.

6. I have not received any documents responsive to either of the two FOIA requests at issue in my second and fifth claims for relief. ICE has notified me that it has no documents responsive to the third part of the request at issue in my fifth claim for relief.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing statements are true and correct to the best of my knowledge and understanding.

Dated: December 29, 2014                    Respectfully submitted,

                                            _____
                                            Jacqueline Stevens, Ph.D