# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jacqueline Stevens

Plaintiff,

v.

U.S. Department of Homeland Security, Immigration
and Customs Enforcement

Defendant.

Case No.:
1:14−cv−03305
Honorable Harry
D. Leinenweber

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 24, 2015:

     MINUTE entry before the Honorable Harry D. Leinenweber:Defendant's Third
and Final Unopposed Motion for extension of time to file 4/7/2015 in which to respond to
plaintiff's motion for partial summary judgment is granted. Plaintiff's reply brief now due
by 4/14/2015. The court's oral ruling date is reset for 5/14/2015 at 09:00 AM. Mailed
notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.