# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Jacqueline Stevens

                        Plaintiff,

v.                                                Case No.: 1:14−cv−03305

                                                   Honorable Harry D. Leinenweber

U.S. Department of Homeland Security,
Immigration and Customs Enforcement

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 18, 2017:

      The court's minute entry [97] is corrected to read as follow: Status hearing held on 12/13/2017. The Plaintiff shall compile a list of all documents that are being withheld or redacted on or before 1/12/2018. Status hearing set for Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.