**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Jacqueline Stevens

                         Plaintiff,

v.                                                           Case No.: 1:14−cv−03305
                                                            Honorable Harry D.
                                                            Leinenweber

U.S. Department of Homeland Security,
Immigration and Customs Enforcement

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 3, 2018:

      MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing set for 12/5/18 is re−set to 12/11/18 at 9:00 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.