# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jacqueline Stevens

                    Plaintiff,

v.                                                 Case No.: 1:14–cv–03305

                                                      Honorable Harry D. Leinenweber

U.S. Department of Homeland Security,
Immigration and Customs Enforcement

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 21, 2019:

      MINUTE entry before the Honorable Harry D. Leinenweber: Ruling on motion hearing held. Motion to reopen case [110] is granted. Case reopened. Status hearing set for 6/11/19 at 9:00 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.