# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Jacqueline Stevens

                            Plaintiff,

v.                                                     Case No.: 1:14–cv–03305

                                                            Honorable Harry D. Leinenweber

U.S. Department of Homeland Security.

                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, October 16, 2019:

      MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing held. Leave is granted to file a response to the motion to compel by 12/6/19. Status hearing/ruling is set for 1/30/20 at 9:00 a.m. Mailed notice(maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.