# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jacqueline Stevens,

Plaintiff(s),

v.

U.S. Department of Homeland Security,

Defendant(s).

Case No. 14cv3305
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Partially in favor of Plaintiff Stevens and partially in favor of the U.S. Department of Homeland Security ("ICE") as follows: ICE shall disclose non-attorney client privileged messaging information redacted pursuant to Exemption 5 on the following pages of the supplemental production: 21, 31–33, 46, 87–89, 104–10, 136–38, 149, 155–63, 199–204, 229–30, 238, 259, 290–96, 298–300, 337–38, 343, 348, 372, 454–55, 473–76, 483–89, 494–96, 498–500, 500–01, 506–08, 549, 552–55, 611. ICE is further ordered to disclose the remaining names of federal employees redacted pursuant to Exemptions 6 & 7(C).

This action was *(check one)*:

☐ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion.

Date: 4/8/2020

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk